Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>CASINO SIGNS & GRAPHIC, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation,<br><br>Defendant. | CASE NO.  2:11-CV-02013-PMP-VCF<br><br><br>STIPULATED/CONSENT JUDGMENT |

CASINO SIGNS & GRAPHIC, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation ("Employer"), hereby stipulates and consents to entry of judgment in favor of Plaintiffs, Trustees of the Electrical Workers Health and Welfare Trust, and Trustees of the Electrical Workers Pension Trust (collectively the "IBEW Joint Trust Funds"), and against Employer in the total sum of $505,301 for delinquent employee benefit contributions, liquidated damages, and related costs and fees owed under the Employee Retirement Income Security Act of 1974 ("ERISA").

20051\90\1576164.1                                              1

The parties have stipulated and therefore the Court finds:

1. Employer is signatory to and bound by the terms of a collective bargaining agreement ("CBA") with the International Brotherhood of Electrical Workers, Local No. 357 ("Union"), in which Employer agreed to abide by the trust agreements establishing the respective IBEW Joint Trust Funds and any amendments thereto ("Trust Agreements").

2. Under the CBA and the Trust Agreements, Employer is obligated to pay employee benefit contributions to the IBEW Joint Trust Funds on behalf of Employer's bargaining unit employees represented by the Union.

3. Based on remittance reports prepared and submitted by Employer for the months of January 2011 through June 2011, and an audit of the Employer for the months of October 2006 through June 2010, Employer owes the IBEW Joint Trust Funds $500,301 in unpaid employee benefit contributions, past interest, liquidated damages, audit fees, administrative fees, and past attorney's fees.

4. In addition, in the event this judgment must be executed, the IBEW Joint Trust Funds will incur additional fees and costs determined by the parties to be at least $5,000, which are therefore included herein.

///
///
///
///
///
///
///
///

5. This Stipulated/Consent Judgment is entered into by and between Employer and the IBEW Joint Trust Funds for employee benefit contributions and related costs and fees owed to the IBEW Joint Trust Funds by ERISA.

August  31 , 2011.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for the IBEW Joint Trust Funds

August  22 , 2011.

CASINO SIGNS & GRAPHIC, INC., d/b/a
CASINO LIGHTING & SIGN, a Nevada
corporation

_____
Mark Johnson
President and Director
3665 West Diablo Drive
Las Vegas, Nevada 89118
Telephone: 702-739-6789
Facsimile: 702-739-9618

For Casino Signs & Graphics, Inc., d/b/a Casino Lighting & Sign, a Nevada corporation

## JUDGMENT

Judgment is hereby entered against Casino Signs & Graphics, Inc., d/b/a Casino Lighting & Sign, a Nevada corporation, and in favor of the IBEW Joint Trust Funds in the amount of $505,301.

Dated this 30th day of December, 2011.

_____
U.S. DISTRICT COURT JUDGE

1  STATE OF NEVADA      )
                        ) ss.
2  COUNTY OF Clark      )

3  Mark Johnson, being first duly sworn, deposes and says:

4  That he is the President and a Director of Casino Signs & Graphics, Inc., also d/b/a Casino Lighting & Sign, a Nevada corporation, and is duly authorized to execute this document; that he has read the foregoing Stipulated/Consent Judgment and knows the contents thereof; that the same is true of his own knowledge, except for those matters therein stated on information and belief, and as to those matters he believes them to be true.

_____
Affiant

Subscribed and sworn to before me this 22 day of August, 2011.

_____
- NOTARY PUBLIC -



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MARIE VITELLO
Appt. No. 94-0243-1
My Appt. Expires July 23, 2014

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

20051\90\1576164.1

4