Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: africke@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>CASINO SIGNS & GRAPHICS, INC., d/b/a CASINO LIGHTING & SIGN, a Nevada corporation,<br><br>Defendant. | Case No. 2:11-cv-02013-PMP -VCF<br><br>**ORDER FOR JUDGMENT DEBTOR EXAM OF CASINO SIGNS & GRAPHICS, INC.** |

The Court, having reviewed the Motion for Examination of Judgment Debtor, Casino Signs & Graphics, Inc., d/b/a Casino Lighting & Sign, a Nevada corporation ("Casino"), submitted by Trustees of the Electrical Workers Health and Welfare Trust, Trustees of the Electrical Workers Pension Trust, and Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund (collectively "Trust Funds"), and good cause appearing:

IT IS HEREBY ORDERED, that the person most knowledgeable regarding

Casino's property and assets, shall appear at the office of Brownstein Hyatt Farber Schreck, LLP, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106 on March 9, 2012, at 10:00 A.M. for a judgment debtor examination.

IT IS FURTHER ORDERED, that Casino shall produce to the Trust Funds one (1) week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of Casino's stock, including the name and address of such owners;

2. Any and all documents regarding real property currently owned by Casino, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

3. A complete current inventory list of assets owned by Casino, including but not limited to, office equipment, vehicles, and accounts receivable;

4. The last twelve (12) statements for each and every one of Casino's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

5. Any and all documents regarding real property disposed of by Casino in the last five (5) years;

6. Copies of all existing contracts under which Casino is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

/ / /

/ / /

/ / /

/ / /

7. Any and all documents evidencing for whom Casino has performed work in the past two (2) years, and all records showing the number of hours worked by Casino's employees in the past two years, and on what projects all such work was performed.

DATED this 22nd day of February, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Aaron Fricke_____
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135
Email: asegal@bhfs.com
Email: africke@bhfs.com

Attorneys for Plaintiffs

20051\90\1649437.1